PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Damerial C. Jones</u>      Case Number: <u>3:05-00022-01</u>

Name of Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Reduction Sentence: <u>November 28, 2011</u>

Original Offense: <u>21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Fifty Grams or More of Cocaine Base</u>

Original Sentence: <u>92 months' custody; 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>      Date Supervision Commenced: <u>November 30, 2011</u>

Assistant U.S. Attorney: <u>Harold B. McDonough, Jr.</u>      Defense Attorney: <u>Caryll S. Alpert</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 28th day of May, 2013, and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place: Columbia, Tennessee

Date: May 21, 2013

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

Damerial C. Jones was cited for Driving on a Suspended Driver's License by the Metropolitan Police Department, Nashville, Tennessee, on May 19, 2013. He is to appear in the Davidson County General Sessions Court, Nashville, Tennessee, on a later date, citation number SCE105137.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Jones has been on supervision since November 30, 2011, and was moved to the Compliant Caseload on May 14, 2013.

Mr. Webb lives alone and is currently employed.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Jones be continued on supervised release and that this be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer